Circuit Court for Prince George's County
Case No. CAE 16-18400
Argued: April 3, 2017

IN THE COURT OF APPEALS

OF MARYLAND

Misc. Docket AG Nos. 6 & 13
September Term, 2016

_____

ATTORNEY GRIEVANCE COMMISSION

OF MARYLAND

v.

DENISE LEONA BELLAMY

_____

Barbera, C.J.
Greene
Adkins
McDonald
Watts
Hotten
Getty,

JJ.

_____

PER CURIAM ORDER

_____

Filed: April 3, 2017

```
ATTORNEY GRIEVANCE              *    In the
COMMISSION OF MARYLAND
                                *    Court of Appeals

        v.                      *    of Maryland

                                *    Misc. Docket AG Nos. 6 & 13

DENISE LEONA BELLAMY            *    September Term, 2016
```

**PER CURIAM ORDER**

For reasons to be stated in an opinion later to be filed, it is this 3rd day April 2017,

ORDERED, by the Court of Appeals of Maryland, that the Respondent, Denise Leona Bellamy be, and she is hereby, disbarred, effective immediately, from the further practice of law in the State of Maryland; and it is further

ORDERED that the Clerk of this Court shall strike the name of Denise Leona Bellamy from the register of attorneys, and pursuant to Maryland Rule 19-761, shall certify that fact to the Trustees of the Client Protection Fund and the clerks of all judicial tribunals in the State; and it is further

ORDERED that Respondent shall pay all costs as taxed by the Clerk of this Court, including the costs of all transcripts, pursuant to Maryland Rule 19-709, for which sum judgment is entered in favor of the Attorney Grievance Commission of Maryland against Denise Leona

Bellamy.


                                        /s/ Mary Ellen Barbera
                                        Chief Judge